IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                        CRIMINAL NO.: 2:06-00134

**LOUIS DANTE DITRAPANO**

<u>MEMORANDUM OPINION AND ORDER</u>

In a hearing held in Bluefield, on Tuesday, September 5, 2006, the defendant appeared in person and by counsel, Michael J. Del Guidice, and the United States appeared by Assistant United States Attorney Monica Dillon and Lee Cueva of the Probation Office of this court appeared for the purpose of considering a petition to revoke the defendant's bond pending sentencing.

The petition and addendum allege the defendant violated the conditions of his pretrial release numerous times.  Upon the defendant's admission of the violations numbered 5 and 10 in the petition, the court found by clear and convincing evidence that the defendant had violated a condition of his release, as provided in 18 U.S.C. § 3148(b).  From the evidence that a urine specimen submitted by the defendant tested positive for cocaine, the court found probable cause to believe that the defendant had committed a federal, state, or local crime while on release.

After determining that the defendant would be unlikely to abide by any condition or combination of conditions of his release, the court ORDERED that the defendant's pre-sentencing

supervised release and bond be REVOKED.

Thereafter, the court ORDERED that the defendant be remanded to the custody of the United States Marshal pending his sentencing.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District, and the Probation Office of this court.

IT IS SO ORDERED this 8th day of September, 2006.

ENTER:

*David A. Faber* (signature)

David A. Faber
Chief Judge